**Order entered May 14, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00613-CV

### IN RE D. BRENT LEMON, Relator

**Original Proceeding from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-11-03989-E**

## ORDER

Before Justices Lang, Fillmore and Brown

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus.

We **DENY** as moot relator's motion for emergency relief staying the May 19, 2015 trial setting

of this case.  We **ORDER** relator to bear the costs of this original proceeding.


　　　　　　　　　　　　　　　　/s/　　ADA BROWN
　　　　　　　　　　　　　　　　　　　JUSTICE